The People of the State of Illinois, Plaintiff-Appellee, *v.* Roger L. Knell, Defendant-Appellant.

(No. 72-206; ▮▮▮▮▮▮▮)

Second District—September 19, 1974.

*Rehearing denied October 23, 1974.*

382

Ralph Ruebner and Adam Lutynski, both State Appellate Defender's Office, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Edward Morris, both of Model District State's Attorneys Office, of counsel), for the People.